UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE PEREZ, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-0220-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| CLARK COUNTY SHERIFF, *et al.*, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for January 30, 2012, at 9:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Jose Perez, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

. . . .

1       IT IS FURTHER ORDERED that the Nevada Department of Prisons identifies Plaintiff's
2 current location as the Southern Desert Correctional Center. Therefore, the Clerk is directed to
3 serve a copy of this Order on the Plaintiff at said facility.
4       DATED this  9th  day of January, 2012.

                                    _____
                                    ROBERT J. JOHNSTON
                                    United States Magistrate Judge