UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE PEREZ, | |
| Plaintiff, | 2:11-cv-220-PMP-NJK |
| vs. | |
| CLARK COUNTY SHERIFF, et al., | O R D E R TO SHOW CAUSE |
| Defendants. | |

This matter was set for a Show Cause hearing on November 14, 2012. *See*, Order to Show Cause (#7). The Order to Show Cause (#7) was sent to Plaintiff, Jose Perez, by United States Postal Service Certified Mail on or before October 25, 2012. *See,* Certified Mail Receipt (#6). His address was listed as the Southern Desert Correctional Center. *Id*.

On November 2, 2012, the Order to Show Cause addressed to Plaintiff, Jose Perez, was returned to the Court as undeliverable. *See*, Docket (#10). The Plaintiff had been discharged from the Southern Desert Correctional Center and his address was unknown. *Id*.

Under LSR 2-2, plaintiffs must "immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice."

...

...

...

...

1   IT IS ORDERED that Plaintiff, Jose Perez, shall appear before the undersigned Magistrate Judge on Friday, February 1, 2013, at 10:00 A.M., in Courtroom 3C, 3rd floor, Lloyd D. George United States Courthouse, 300 Las Vegas Blvd. So., Las Vegas, Nevada, and show cause, if any he has, why his case should not be dismissed with prejudice for his failure to comply with LSR 2-2.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order to Show Cause on the Plaintiff, Jose Perez, by certified mail, return receipt requested.

DATED this 16th day of January, 2013.

NANCY J. KOPPE
United States Magistrate Judge