UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| JOSE PEREZ, | ) | 2:11-cv-00220-PMP-NJK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CLARK COUNTY SHERIFF, *et al.*, | ) | |
| Defendants. | ) | |

On February 4, 2013, the Honorable Nancy J. Koppe, United States Magistrate Judge, entered a Report and Recommendation (Doc. #18) recommending this case be dismissed with prejudice. No objections to the Report and Recommendation have been filed.

The Court has conducted a *de novo* review of the case and finds that the Report and Recommendation of the United States Magistrate Judge (Doc. #18) should be affirmed.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe is hereby **AFFIRMED**.

**IT IS FURTHER ORDERED** that Plaintiff Jose Perez's Complaint is DISMISSED with prejudice.

DATED this 8th day of March, 2013.

_____
PHILIP M. PRO
United States District Judge